1  THOMAS M. MCINERNEY, State Bar No. 162055
   tmm@ogletreedeakins.com
2  SARAH R. NICHOLS, State Bar No. 233099
   sarah.nichols@oglreedeakins.com
3  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
4  One Market Plaza
   San Francisco, California 94105
5  Telephone:    (415) 442-4810
   Facsimile:    (415) 442-4870
6
   JOHN C. GLANCY, D.C. Bar No. 74007 (*Pro Hac Vice*)
7  john.glancy@ogletreedeakins.com
   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
8  300 North Main Street
   Post Office Box 2757 (29602)
9  Greenville, South Carolina 29601
   Telephone:    (864) 271-1300
10 Facsimile:    (864) 235-8806

11 Attorneys for Plaintiff
   MILLIKEN & COMPANY, INC.
12

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLIKEN & COMPANY, INC. | Case No. C 12-05590 CRB |
| Plaintiff, | **REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE AND ORDER** |
| v. | |
| LINDA REYNOLDS | |
| Defendant. | |

1  Pursuant to Local Rule 16-10(a), John Glancy, counsel of record for Plaintiff Milliken &
2  Company, Inc., respectfully requests the Court's permission to attend the Initial Case Management
3  Conference, scheduled in this matter for March 1, 2013 at 8:30 a.m., by telephone.  Plaintiff's lead
4  counsel would have to travel out of state to attend in person.  Plaintiff and undersigned counsel
5  agree that they will be able to fully participate in the Case Management Conference by telephone
6  without detriment to the proceedings, and that therefore the additional expense that would be
7  incurred by the parties with an in person appearance is unwarranted.

DATED:  February 27, 2013            OGLETREE, DEAKINS, NASH, SMOAK &
                                     STEWART, P.C.

                                     By:  /s/ John Glancy
                                          /s/ Sarah R. Nichols
                                          John Glancy
                                          Thomas M. McInerney
                                          Sarah R. Nichols

                                     Attorneys for Plaintiff
                                     MILLIKEN & COMPANY, INC.

**ORDER**

Having read the Request for Telephonic Appearance by Plaintiff Milliken & Company, Inc., the Court finds that good cause exists therefore.

Accordingly, the Court hereby orders that:

John Glancy, counsel of record for Plaintiff Milliken & Company, Inc., may appear telephonically on March 1, 2013 at 8:30 a.m., for the Initial Case Management Conference in this matter.

Dated:   February 26, 2013

HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

14430559.1 (OGLETREE)