| | |
|---|---|
| 1 | THOMAS M. MCINERNEY, State Bar No. 162055 |
| | tmm@ogletreedeakins.com |
| 2 | SARAH R. NICHOLS, State Bar No. 233099 |
| | sarah.nichols@oglreedeakins.com |
| 3 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | Steuart Tower, Suite 1300 |
| 4 | One Market Plaza |
| | San Francisco, California 94105 |
| 5 | Telephone:    (415) 442-4810 |
| | Facsimile:    (415) 442-4870 |
| 6 | |
| 7 | JOHN C. GLANCY, D.C. Bar No. 74007 (*Pro Hac Vice*) |
| | john.glancy@ogletreedeakins.com |
| 8 | OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C. |
| | 300 North Main Street |
| 9 | Post Office Box 2757 (29602) |
| | Greenville, South Carolina 29601 |
| 10 | Telephone:    (864) 271-1300 |
| | Facsimile:    (864) 235-8806 |
| 11 | |
| 12 | Attorneys for Plaintiff |
| | MILLIKEN & COMPANY, INC. |
| 13 | STEVEN M. CVITANOVIC, State Bar No. 168031 |
| | scvitanovic@hbblaw.com |
| 14 | JESSICA LASSERE, State Bar No. 286724 |
| | jlassere@hbblaw.com |
| 15 | HAIGHT, BROWN & BONESTEEL, LLP |
| | 71 Stevenson Street, 20th Floor |
| 16 | San Francisco, California 74105-2981 |
| | Telephone:    (415) 546-7500 |
| | Facsimile:    (415) 546-7505 |
| 17 | |
| 18 | Attorneys for Defendant |
| | LINDA D. REYNOLDS |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILLIKEN & COMPANY, INC., | Case No. 3:12-CV-05590 CRB |
| Plaintiff, | **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |
| v. | |
| LINDA REYNOLDS, | |
| Defendant. | |

Case No. 3:12-CV-05590 CRB

STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER

TO THE CLERK OF THE ABOVE CAPTIONED COURT:

IT IS HEREBY STIPULATED AND AGREED, pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1) by and between Plaintiff MILLIKEN & COMPANY, INC., and Defendant LINDA D. REYNOLDS that this matter be dismissed, in its entirety, with prejudice. The parties mutually agree to waive any and all claims for costs of suit or attorney's fees as a result of this action.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: June 6, 2013

OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: /s/ Sarah Nichols
Thomas M. McInerney
Sarah R. Nichols
John C. Glancy
Counsel for Plaintiff
MILLIKEN & COMPANY, INC.

Dated: June 6, 2013

HAIGHT BROWN & BONESTEEL LLP

By: /s/ Steven Cvitanovic
Steven M. Cvitanovic
Counsel for Defendant
LINDA D. REYNOLDS

**SIGNATURE ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from the other signatories.

DATED: June 6, 2013

By: /s/ Sarah R. Nichols
Sarah R. Nichols

**ORDER**

Pursuant to the Stipulation of Dismissal with Prejudice above, and good cause appearing therefore,

IT IS HEREBY ORDERED as follows:

This matter is dismissed with prejudice, each party to bear her or its own attorney's fees and costs.

IT IS SO ORDERED.

Dated: June 12, 2013

_____
HONORABLE CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

15135863.2